**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAS JERONIMO ABZUN, | Case No. 1:26-cv-03048 KES SKO (HC) |
| Petitioner, | A- Number: 221-489-600 |
| v. | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING IMMEDIATE RELEASE |
| WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al., | |
| Respondents. | Doc. 1 |

Petitioner Isaias Jeronimo Abzun is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order. Docs. 1, 2. The Court has previously addressed the legal issues raised by petitioner in his petition and motion for temporary restraining order. *See, e.g.*, *Crispin M. C. v. Noem*, No. 1:25-CV-01487-KES-HBK, 2026 WL 70553 (E.D. Cal. Jan. 8, 2026); *J.A.C.P. v. Wofford*, No. 1:25-CV-01354-KES-SKO, 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025); *Lepe v. Andrews*, 801 F. Supp. 3d 1104 (E.D. Cal. 2025).

The Court set a briefing schedule on the motion for temporary restraining order and ordered respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders and that would justify denying the motion. Doc. 5. The Court also ordered respondents to state their position on whether the motion should be converted to a motion for preliminary injunction and whether they request a hearing. *Id.* In response, respondents filed an "opposition to petition for writ of habeas corpus, opposition to

1

preliminary injunction, [and] opposition to motion for temporary restraining order." Doc. 6 at 1. Respondents contend the Court should deny the petition. *Id.* at 2. Respondents do not make any new legal arguments or identify any distinction between this matter and the cases identified. *See id.* at 1-2. As respondents indicate the filing is an opposition to both the petition and pending motion, the Court addresses the petition on the merits.

As respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that distinguish it from the Court's prior decisions in *Crispin M. C. v. Noem*, 2026 WL 70553 (E.D. Cal. Jan. 8, 2026), *J.A.C.P. v. Wofford*, 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025), and *Lepe v. Andrews*, 801 F. Supp. 3d 1104 (E.D. Cal. 2025), the petition for writ of habeas corpus is GRANTED as to count two, for the reasons addressed in those prior orders.

The Court ORDERS that respondents release petitioner Isaias Jeronimo Abzun (A-Number: 221-489-600) immediately. If the government seeks to re-detain petitioner, it must provide no less than seven (7) days' notice to petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.

Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

Respondents are ORDERED to file a status report within seven (7) days of the date of this Order confirming that petitioner was released.

The Clerk of Court is directed to terminate the motion for a temporary restraining order (Doc. 2) as moot, close this case, and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   May 1, 2026

_____
UNITED STATES DISTRICT JUDGE